IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

FILED
U.S. DIST. COURT
BRUNSWICK DIV.

2005 MAY 23 A 10: 31

CLERK _____

VALERIE RICHARDSON Individually )
and as Surviving Spouse )
of Henry Richardson, Deceased, )
)
Plaintiff, )
)
vs. ) CIVIL ACTION NO. #CV204-166
)
LIVINGSTON M. DICKERSON, JR., )
COMMERCE CHRYSLER DODGE )
JEEP, INC., JOHN DOE and )
JOHN DOE CORPORATION, )
)
Defendants, )
)
EQUITY INSURANCE COMPANY, )
)
Uninsured Motorist Carrier. )

## ORDER APPROVING VOLUNTARY DISMISSAL OF
## EQUITY INSURANCE COMPANYINSURANCE COMPANY

The Court has been presented with a voluntary dismissal of Equity Insurance Company that the Court has been asked to approve. A copy of that dismissal is attached to this Order. Equity Insurance Company is the uninsured motorist carrier for the driver of the automobile that plaintiffs' decedent was in at the time of the accident resulting in his death. At this point in this litigation, there is no contention by Plaintiff that either named Defendant is without coverage or that either defendant's coverage is less than the uninsured motorist coverage potentially available to Plaintiff through Equity Insurance Company. Uninsured motorist coverage, then, is not an issue at this time. In light of that, Plaintiff has agreed to dismiss Equity Insurance Company in exchange for an agreement with respect to the tolling of the statute of limitations should there be

a future problem with either Defendant's insurance coverage. That dismissal meets with the approval of the Court. Pursuant to Section 21 of the Federal Rules of Civil Procedure, Equity Insurance Company is dismissed from this action on the terms and conditions of the voluntary dismissal.

SO ORDERED this 27 day of May, 2005.

_____
JUDGE ~~JAMES E. GRAHAM, MAGISTRATE~~
U.S.D.C., SOUTHERN DISTRICT OF GEORGIA

AGREED TO AND APPROVED:

_____
Richard D. Phillips
ATTORNEY FOR PLAINTIFF

Presented by:

Kran Riddle
Attorney for Equity Insurance Company
Post Office Box 9150
Savannah, GA 31412
(912) 238-2750