United States District Court
for the Southern District of Georgia
Brunswick Division

| | | |
|---|---|---|
| VALERIE RICHARDSON, Individually and as surviving spouse of HENRY RICHARDSON, deceased, | : | CIVIL ACTION |
| Plaintiff, | : | |
| v. | : | |
| LIVINGSTON M. DICKERSON, JR., COMMERCE CHRYSLER DODGE JEEP, INC., JOHN DOE and JOHN DOE CORPORATION, | : | |
| Defendant. | : | NO. CV204-166 |

### O R D E R

On November 28, 2005, the Court entered an order denying the motion for summary judgment of Defendant, Commerce Chrysler Dodge Jeep, Inc. ("Commerce Chrysler"). Presently before the Court is Commerce Chrysler's reply brief or, in the alternative, motion for reconsideration.

Having read and carefully considered Commerce Chrysler's motion, the Court finds no reason to disturb its previous order. Defendant's motion provides further evidence that

genuine issues exist as to the extent of control Commerce Chrysler retained over Dickerson, and whether Dickerson had a "bonafide existence" apart from Commerce Chrysler at the time of the collision, thereby precluding summary judgment.

Accordingly, Commerce Chrysler's motion for reconsideration (Doc. No. 64) is **DENIED**.

**SO ORDERED**, this ____6th____ day of December, 2005.

_____
JUDGE, UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA