# United States District Court
## Southern District of Georgia
### Brunswick Division

FILED
U.S. DISTRICT COURT

2006 OCT 24  P 2: 50

CLERK

| | | |
|---|---|---|
| VALERIE RICHARDSON, Ind. and as surviving spouse of Henry Richardson, Decd. | ) ) ) | |
| vs | ) | CASE NUMBER  CV 204-166 |
| JOHN DOE AND JOHN DOE CORPORATION | ) ) ) | |

### ORDER

It appearing that no service has been perfected in the above captioned case within 120 days from filing,

IT IS HEREBY ORDERED that said action is dismissed without prejudice for want of prosecution.

**SO ORDERED**, this _____ day of _____October_____, 2006.

_____
JUDGE, UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA